**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

*In Re: Atrium Medical Corp., C-Qur Mesh Products Liability Litigation
MDL No. 2753*

Civil Action No. _____
*(Jury Trial Demanded)*

---

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, by and through their attorneys at _____ Seeger Weiss LLP,

and for their Complaint against the Defendants named below, incorporate the Master Long Form

Complaint in MDL No. 2753 by reference.  Plaintiff(s) further show the Court as follows:

1. Plaintiff
   Elmer Murray, Jr.

2. Consortium Plaintiff
   Not Applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)
   Not Applicable

4. Current State of Residence
   Maine

5. State of Residence at the Time of Implant (if different)
   Not Applicable

6. State of Residence at the Time of Explant (if applicable and different)
   Not Applicable

7. District Court and Division in which venue would be proper absent direct
   filing District Court of New Jersey - Newark Division

_____

8. Defendants (Check Defendants against whom Complaint is made):

    [x]     A. Atrium Medical Corporation ("Atrium");

    [x]     B.  Maquet Cardiovascular US Sales, LLC ("Maquet");

9. Basis of Subject Matter Jurisdiction

    [x]     Diversity of Citizenship

    A.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    20-26
_____

_____

_____

    B.  Other allegations of jurisdiction and venue:

_____

_____

_____

_____

10. Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

    [x]     A. C-QUR;

    [ ]     B. C-QUR Mosaic;

    [ ]     C. C-QUR Edge;

    [ ]     D. C-QUR TacShield;

    [ ]     E. C-QUR Lite Mesh V-Patch

    [ ]     F. C-QUR Mesh V-Patch

    [ ]     G.  Other C-QUR mesh product

2

_____

_____

11. Defendants' Products about which Plaintiff is making a claim.  (Check applicable products)

[x]     A. C-QUR;

[ ]     B. C-QUR Mosaic;

[ ]     C. C-QUR Edge;

[ ]     D. C-QUR TacShield;

[ ]     E. C-QUR Lite Mesh V-Patch

[ ]     F. C-QUR Mesh V-Patch

[ ]     G.  Other C-QUR mesh product;

_____

_____

12. Date of Implantation as to Each Product

07/28/2014

_____

_____

13. Date of Explant as to Each Product

10/18/2022

_____

_____

14. Hospital(s) where Plaintiff was implanted (including City and State)

Rumford Hospital

Rumford, Maine

15. Implanting Surgeon(s)

Dr. Kevin Lowe, M.D.
_____

16. Hospital(s) Where Plaintiff Had Explant (including City and State, if applicable)

Rumford Hospital

Rumford, Maine

17. Explanting Surgeon(s)

Dr. Bartel Turk, M.D.
_____

18. Plaintiff alleges the following injury(ies) he or she suffered as a result of the implantation of the subject C-QUR mesh product.

Adhesions, explanation, pain and suffering
_____
_____

19. Counts in the Master Complaint brought by Plaintiff(s)

[x]   Count I - Negligence

[x]   Count II – Strict Liability – Design Defect

[x]   Count III – Strict Liability – Manufacturing Defect

[x]   Count IV – Strict Liability – Failure to Warn

[x]   Count V – Strict Liability – Defective Product

[x]   Count VI – Breach of Express Warranty

[x]   Count VII – Breach of Implied Warranties of Merchantability and Fitness of Purpose

[x]   Count VIII – Fraudulent Concealment

[x]   Count IX – Constructive Fraud

[x]   Count X – Discovery Rule, Tolling and Fraudulent Concealment

[x]   Count XI – Negligent Misrepresentation

☒     Count XII – Negligent Infliction of Emotional Distress

☒     Count XIII – Violation of Consumer Protection Laws

☒     Count XIV – Gross Negligence

☒     Count XV – Unjust Enrichment

☐     Count XVI – Loss of Consortium

☒     Count XVII – Punitive or Enhanced Compensatory Damages

☐     Other _____ (please state the facts supporting this Count under applicable state law in the space immediately below)

☐     Other _____(please state the facts supporting this Count under applicable state law in the space immediately below)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

WHEREFORE, Plaintiff(s) demand(s) judgment against Defendants, and each of them, individually, jointly and severally and prays for the following relief in accordance with applicable law and equity:

      i.     Compensatory damages to Plaintiff(s) for past, present, and future damages, including, but not limited to, pain and suffering for severe and permanent personal injuries sustained by Plaintiff(s), permanent impairment, mental pain and suffering, loss of enjoyment of life, past and future health and medical care costs, and economic damages including past and future lost earnings and/or earning capacity, together with interest and costs as provided by law;

      ii.     Restitution and disgorgement of profits;

    iii.     Punitive or enhanced compensatory damages;

    iv.     Reasonable attorneys' fees as provided by law;

    v.     The costs of these proceedings, including past and future cost of the suit incurred

        herein;

    vi.     All ascertainable economic damages;

    vii.     Survival damages (if applicable);

    viii.     Wrongful death damages (if applicable);

    ix.     Prejudgment interest on all damages as is allowed by law; and

    x.     Such other and further relief as this Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff(s) hereby demand(s) a trial by jury on all issues so triable.

Dated: 08/04/2023

Jeffrey S. Grand

SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Fax: (973) 679-8656
jgrand@seegerweiss.com
cseeger@seegerweiss.com
*Attorney(s) for Plaintiff(s)*